

# NUMBER 13-23-00392-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

WILLIAM ARIC KRAUSE, INDEPENDENT
EXECUTOR OF THE ESTATE OF
LINDA K. KRAUSE, DECEASED, AND AS
TRUSTEE OF THE LINDA K. KRAUSE
LIVING TRUST, PATRISHA K. SALDIVAR,
AS TRUSTEE OF LINDA K. KRAUSE
MINERAL TRUST, AND LINDA K. KRAUSE
FARM, LLC, WILLIAM ARIC KRAUSE,
AS TRUSTEE OF THE LINDA K. KRAUSE
MINERAL TRUST,                                                          Appellants,

v.

MICHAEL KRAUSE,                                                          Appellee.

## ON APPEAL FROM THE 24TH DISTRICT COURT
## OF DEWITT COUNTY, TEXAS

## MEMORANDUM OPINION

Before Chief Justice Contreras and Justices Tijerina and Peña
Memorandum Opinion by Chief Justice Contreras

This matter is before the Court on an agreed motion to reinstate and dismiss appeal. The parties have settled the disputes between them and request the dismissal of this appeal.

The Court, having considered the agreed motion, is of the opinion that the agreed motion should be granted. *See* Tex. R. App. P. 42.1(a)(1), (2). The motion to reinstate and dismiss is granted. Accordingly, the appeal is hereby reinstated and dismissed.

Pursuant to the agreement within the agreed motion, costs are taxed against the party incurring the same. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

DORI CONTRERAS
Chief Justice

Delivered and filed on the
13th day of June, 2024.

2